**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHELLE BOUCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-01453 SEP |
| | ) | |
| FRANK J. BISIGNANO, Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

Before the Court is Defendant Commissioner Frank J. Bisignano's Motion to Remand Case to Social Security Administration for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Doc. [20]. Also before the Court is Plaintiff's Motion for Entry of Judgment, in which Plaintiff indicates she does not oppose the Commissioner's motion. Doc. [21]

Plaintiff filed a Complaint seeking review of the ALJ's decision that she was not under a disability within the meaning of the Social Security Act. Doc. [1]. Defendant answered and filed the transcript of the administrative proceedings. Doc. [14]. Plaintiff filed a brief in support of the Complaint. Doc. [17].

Defendant did not file a response to Plaintiff's brief, but instead filed the instant Motion to Remand the case for further action under sentence four of section 205(g) of the Social Security Act, which permits the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). Defendant represents in the motion that, upon review of the record, agency counsel determined that remand was necessary in order to allow the ALJ to further evaluate Plaintiff's impairments. Doc. [20] at 1.

Upon review of Plaintiff's brief, the ALJ's decision, and the Acting Commissioner's motion, the Court agrees that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Remand, Doc. [20], is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Entry of Judgment, Doc. [21], is **GRANTED**.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner of Social Security is **REVERSED** and this case is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for reconsideration and further proceedings consistent with this opinion.

Dated this 13th day of August, 2026.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE